GIOACCHINO PICCINICH, Appellant, v GRACE LINE, INC., Defendant and Third-Party Plaintiff-Respondent. INTERNATIONAL TERMINAL OPERATING Co., INC., Third-Party Defendant-Respondent.—Orders, Supreme Court, New

York County, entered on March 17 and May 20, 1976, respectively, unanimously affirmed on the opinion of Asch, J., at Special Term. Respondent shall recover of appellant one bill of $60 costs and disbursements of these appeals. The papers presented upon the call of the calendar have been considered. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lane, JJ.